MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 15 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RENE MIRANDA, <br>     Defendant. | No. CR 11-0405 CRB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |

    With the agreement of the parties in open court on July 8, 2011, and with the consent of the defendant Rene Miranda ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 8, 2011, to July 27, 2011. The Court finds and holds, as follows:

    1.    The defendant appeared before the Court on July 8, 2011, for identification of counsel. Attorney Kenneth H. Wine was appointed to represent the defendant.

    2.    At the appearance on July 8, 2011, the Court set the defendant's initial appearance before the assigned district judge, the Honorable Charles R. Breyer, for July 27, 2011. Before that date, the government will produce to the defendant discovery related to the charges in this case. Counsel for the defendant needs time to review that discovery and to investigate the case.

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME
CR 11-0405 CRB

1     3.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until July 27, 2011, is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 8, 2011, to July 27, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

    4.    Accordingly, and with the consent of the defendant, the Court orders that the period from July 8, 2011, to July 27, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: July 15, 2011        MELINDA HAAG  
                                  United States Attorney

                                  /s/  
                                KYLE F. WALDINGER  
                                Assistant United States Attorney

DATED: July 15, 2011            /s/  
                                KENNETH H. WINE  
                                Counsel for the defendant RENE MIRANDA

IT IS SO ORDERED.

DATED: July 15, 2011  
                                TIMOTHY J. BOMMER  
                                United States Magistrate Judge